U.S. DIST.

JUN 21 2013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Robert Mothersell,

         Plaintiff,

 v.

City of Syracuse, Stephanie A. Miner, Mayor,
Frank L. Fowler, Chief of Police, Matthew J. Driscoll,
former Mayor; Gary Miguel, former Chief of Police;
Capt. Timothy Laun, Lt. Michael Glavin, Sgt. Michael
Hartnett, Sgt. James Staub, Det. Susan Izzo,
Det. Matthew MacDerment, Det. David Armstrong, Det.
David Jones, John and Jane Does Syracuse Police Officers,
individually and in their official capacities,

         Defendants.
-----------------------------------------------------------x

Civ. A. No. 08-cv-0615
(NAM)(TWD)

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by undersigned counsel, based on the terms of a settlement between the parties, that this entire action, including all claims brought by Robert Mothersell against Defeandants, City of Syracuse and Stephanie A. Miner, Mayor, Frank L. Fowler, Chief of Police, Matthew J. Driscoll, former Mayor; Gary Miguel, former Chief of Police; Capt. Timothy Laun, Lt. Michael Glavin, Sgt. Michael Hartnett, Sgt. James Staub, Det. Susan Izzo, Det. Matthew MacDerment, Det. David Armstrong, Det. David Jones, John and Jane Does Syracuse Police Officers, individually and in their official capacities, shall be and are voluntarily dismissed with prejudice pursuant to Rule 419a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties agree to bear their own fees and costs.

DATED: April 26, 2013     BELDOCK LEVINE & HOFFMAN LLP
                *Attorneys for Plaintiff Robert Mothersell*

                By: _____

                Myron Beldock, Esq.
                99 Park Avenue, Suite 1600
                New York, New York 10016
                (212) 490-0400

DATED: ~~April 26, 2013~~ May 10, 2013 (AB)

BENNO & ASSOCIATES P.C.
*Attorneys for Plaintiff Robert Mothersell*

By: _____
Ameer Benno, Esq.
~~233 Broadway, Suite 900~~ 110 Wall St, 11th Floor
~~New York, NY 10279~~ New York, NY 10005 (AB)
(212) 227-9300

DATED: 6/20, 2013

HANCOCK ESTABROOK, LLP
*Attorneys for Defendant City of Syracuse*

By: _____
John G. Powers, Esq
1500 AXA Tower 1
100 Madison Street
Syracuse, NY 13202
(315) 565-4547

IT IS SO ORDERED.
Dated: June 21, 2013

_____
Norman A. Mordue
United States District Court Judge

9